UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE

RE: Cheyenne Knife Works, Inc.            )          Case: 09-11427
                                          )
                                          )          AUTHORITY TO ACT
                                          )          Limited Power of Attorney
     _____Debtor(s)_____                )          LIMITED TO ONE TRANSACTION

### USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Steven L. Espenel successor in interest to AFM Moving & Storage** ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$4,828.56** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

X _____/s/ Steven L. Espenel_____          _____10/22_____, 20_14_
   **Steven L. Espenel**                         Date

Tax ID: XXX-XX-_0090_

### ACKNOWLEDGMENT

STATE OF _Texas_ )                COUNTY OF _Denton_ )

On this _22_ day of _October 2014_, before me, the undersigned Notary Public in and for the said County and State, personally appeared Steven L. Espenel known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that he did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.
NOTARY PUBLIC _Veronica Vazquez_
Residing at _Denton County_
My Commission expires _Aug. 5, 2018_

VERONICA VAZQUEZ
Notary Public, State of Texas
My Commission Expires
August 05, 2018



Corporations Section
P.O. Box 13697
Austin, Texas 78711-3697



Hope Andrade
Secretary of State

# Office of the Secretary of State

## CERTIFICATE OF INVOLUNTARY TERMINATION
## OF

AFM Moving & Storage, Inc.
File Number: 800797423

The Secretary of State hereby determines and finds the following:

1. That the entity is required to have and continuously maintain a registered agent and registered office address in this state.

2. That the entity has failed to maintain a registered agent or registered office address in this state as required by law.

3. That the entity has been given not less than 90 days notice of its neglect, delinquency or omission by certified mail.

3. That the entity has failed to correct the neglect, omission or delinquency.

It is therefore ordered that the above named entity be involuntarily terminated without judicial ascertainment.

Dated: 01/15/2010



Hope Andrade
Secretary of State

Come visit us on the internet at http://www.sos.state.tx.us/

Phone: (512) 463-5555        Fax: (512) 463-5709        Dial: 7-1-1 for Relay Services
Prepared by: SOS              TID: 10315                 Document: 291193280001

Form 201
(Revised 1/06)

Return in duplicate to:
Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
512 463-5555
FAX: 512/463-5709
Filing Fee: $300

Certificate of Formation
For-profit Corporation

This space reserved for office use.

FILED
In the Office of the
Secretary of State of Texas

APR 0 4 2007

Corporations Section

### Article 1 — Entity Name and Type

The filing entity being formed is a for-profit corporation. The name of the entity is:

AFM Moving & Storage, Inc.

The name must contain the word "corporation," "company," "incorporated," "limited" or an abbreviation of one of these terms.

### Article 2 — Registered Agent and Registered Office

☐ A. The initial registered agent is an organization (cannot be entity named above) by the name of:

OR

☒ B. The initial registered agent is an individual resident of the state whose name is set forth below:

| Andrew | | Espitia | |
|---|---|---|---|
| First Name | M.I. | Last Name | Suffix |

C. The business address of the registered agent and the registered office address is:

| 1864 Meyerwood Lane | Flower Mound | TX | 75028 |
|---|---|---|---|
| Street Address | City | State | Zip Code |

### Article 3 — Directors
(A minimum of 1 director is required)

The number of directors constituting the initial board of directors and the names and addresses of the person or persons who are to serve as directors until the first annual meeting of shareholders or until their successors are elected and qualified are as follows:

| Director 1 | | | | | |
|---|---|---|---|---|---|
| Steve | | Espenel | | | |
| First Name | M.I. | Last Name | | | Suffix |
| 1565 W. Main St. #208-116 | Lewisville | | TX | USA | 75067 |
| Street or Mailing Address | City | | State | | Zip Code / Country |

Form 201

4

# Brackett & Ellis
## A Professional Corporation

Attorneys and Counselors

100 Main Street
Fort Worth, TX 76102-3090

(817) 338-1700
Metro (817) 429-9181
Facsimile (817) 348-0242
Web Site: www.belaw.com

Ronald L. Adams
A. William Brackett
Harry M. Brants
Hurshell K. Brown, Jr.
Bruce S. Campbell
Kim Marie Catalano
Joseph F. Cleveland, Jr.
James A. Creel
Vince Cruz, Jr.
Joseph A. Drago

Henri J. Dussault
Luther W. Ellis
Carter L. Ferguson
Richard H. Gateley
Joe R. Heenan
Claudine G. Jackson
Theodore Mack
Elaine S. Morris
Thomas E. Myers
Russell J. Norment

Anna Evans Piel
Scot Pierce
Heather R. Raiden
Tom B. Renfro
April F. Robbins
Robert T. Sherwin
Richard U. Simon, Jr.
Coby D. Smith
James M. Whitton
Eric C. Wood

May 4, 2009

**CERTIFIED MAIL
RETURN RECEIPT REQUESTED
AND FIRST CLASS MAIL**
AFM Moving and Storage
5001 Northeast Parkway
Fort Worth, Texas 76106

Re: Notice of Default under Commercial Lease Agreement (the "Lease") by and between Kensington Realty, Inc., a Texas corporation as Landlord and AFM Moving and Storage as Tenant, covering certain property located at 5001 Northeast Parkway, Fort Worth, Texas (the "Premises")

Dear Sirs:

Our firm represents Kensington Realty, Inc. ("Landlord"), the current Landlord under the above-referenced Lease.

This letter shall constitute written notice to you that you have failed to pay certain installments of rent and other charges under the Lease when due. Currently, the sum of $44,149.85 is past due under the terms of the Lease. A statement showing the calculation of the past due amount is enclosed. This calculation shall not constitute a waiver of other charges that may be due or become due under the Lease.

We hereby demand that you pay to Landlord at 3116 W. 6th St., Suite 200, Fort Worth, Texas 76107-2712 the sum of $44,149.85. If such payment is not received within five (5) days after the date of this letter, Landlord shall exercise one or more of its available remedies provided in the Lease, including without limitation remedies which are available at law and in equity.

Nothing contained in this letter shall be deemed to be a waiver by Landlord of any other defaults, nor a waiver of any rights, remedies or recourses available to Landlord, nor an election of remedies resulting from any default which may exist, with respect to the Lease. Acceptance by Landlord of any partial payment of the foregoing demand shall not constitute a waiver by Lender of

**Proof of Address
Page  1  of  1**

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No.: 09-11427 |
| CHEYENNE KNIFE WORKS, INC. | ) | |
| | ) | Chapter 7 |
| Debtors. | ) | |

## NOTICE OF UNCLAIMED FUNDS

Comes the Trustee, and would report to the Court that the checks identified on the attached *Exhibit A* remain unclaimed from the above debtors' bank account number 9200-02317284-66 at BNY Mellon Bank.

Therefore, the Trustee submits check number 124 drawn on BNY Mellon Bank in the amount of $6,231.76 to the United States Bankruptcy Court.

Dated: November 8, 2011

Respectfully submitted,

JOHNSON & MULROONY, P.C.

By: /s/ Douglas R. Johnson
Douglas R. Johnson (B.P.R. 11287)
Post Office Box 2188
Chattanooga, Tennessee 37409
djohnson@johnsonmulroony.com
(423) 266-2300

### CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the foregoing document has been sent by electronic mail to those shown on the Notice of Electronic Filing receipt issued by the Clerk of the Court and/or by placing a copy of the same in the United States First Class Mail with sufficient postage thereon to insure delivery to its destination on the following:

AFM Moving & Storage
5001 Northeast Parkway
Fort Worth, TX 76106-1820

Steven Parente
850 Beech Street - Unit 1803
San Diego, CA 92101-0807

Reali, Paul
2200 Bleu Lake Drive
Pensacola, FL 32506

Barth, Jacob
33757 Flora Springs
Temecula, CA 92592-5544

Dated: November 8, 2011                     /s/ Douglas R. Johnson
                                            Douglas R. Johnson

Printed: 11/06/11 09:09 PM

# Stale Check Report

Page: 1

**Trustee:** Douglas R. Johnson (620230)
**Case:** 09-11427 - CHEYENNE KNIFE WORKS, INC.

| Account No. | | Check No. | Issued | Payee | | | | Check Amount |
|---|---|---|---|---|---|---|---|---|
| 9200-02317284-66 | | 10159 | 11/06/11 | United States Bankruptcy Court | | | | $6,231.76 |
| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
| 9200-02317284-66 | 13 | 10121 | 03/23/09 | 610 | AFM Moving & Storage<br>5001 Northeast Parkway<br>Fort Worth, TX 76106-1820 | 9,689.33 | 9,689.33 | 4,828.56 | 4,828.56 |
| 9200-02317284-66 | 26 | 10133 | 03/30/09 | 610 | Steven Parente<br>850 Beech Street - Unit 1803<br>San Diego, CA 92101-0807 | 1,415.74 | 1,415.74 | 705.52 | 705.52 |
| 9200-02317284-66 | 35 | 10141 | 04/09/09 | 610 | Reali, Paul<br>2200 Blue Lake Drive<br>Pensacola, FL 32506 | 1,000.00 | 1,000.00 | 498.34 | 498.34 |
| 9200-02317284-66 | 47 | 10151 | 05/08/09 | 610 | Barth, Jacob<br>33757 Flora Springs<br>Temecula, CA 92592-5544 | 400.00 | 400.00 | 199.34 | 199.34 |

(*) Denotes objection to Amount Filed    (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.